● SEALED ●  9751162

FILED
JUL 17 2020

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

United States of America
v.
Leeroy Felan

Case No. DR20-1377M

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Leeroy Felan,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

On or about June 9, 2020, in the Western District of Texas, the defendant, Leeroy Felan, knowing that an offense against the United States had been committed, to wit, arson of a building used in interstate or foreign commerce, a violation of Title 18, United States Code, Section 844(i), did receive, relieve, comfort and assist the offender, Jose Felan, in order to hinder and prevent the offender's apprehension, trial, and punishment, in violation of Title 18, United States Code, Section 3.

Date: 7/17/2020

*Issuing officer's signature*

City and state: Del Rio, TX

Honorable Collis White, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 07/17/2020, and the person was arrested on *(date)* 07/21/2020
at *(city and state)* Carrizo Springs, TX.

Date: 07/21/2020

*Arresting officer's signature*

Peter Castillo, DUSM
*Printed name and title*